UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| GOLDEN GATE NATIONAL SENIOR CARE, LLC; GGNSC MOUNT PENN, LP, *doing business as* Golden Living Center-Reading; GGNSC MOUNT PENN GP, LLC; GPH MOUNTPENN, LP; GGNSC HOLDINGS, LLC; GGNSC EQUITY HOLDINGS, LLC; GGNSC ADMINSTRATIVE SERVICES, LLC; GGNSC CLINICAL SERVICES, LLC; and GOLDEN GATE ANCILLARY, LLC, <br><br>   Petitioners, <br><br>  v. <br><br>BONNIE STEPHANY, *by and through her attorney-in-fact*, Raymond J. Stephany, <br><br>   Respondent. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> :    No. 5:16-cv-02614 <br> : <br> : <br> : <br> : <br> : |

_____

# **O R D E R**

And now, this 3rd day of August, 2016, for the reasons set forth in the accompanying Memorandum Opinion issued this day, **IT IS ORDERED** as follows:

1. The Petition for Order Compelling Arbitration, Staying Improperly Commenced State Court Proceedings, and Granting Declaratory Relief, ECF No. 1, is **DISMISSED**.

2. Petitioners shall have until **September 2, 2016**, to file an amended petition.

3. Petitioners' Motion to Compel Arbitration and Stay State Court Proceedings, ECF No. 8, is **DENIED** as moot.

                     BY THE COURT:

                     */s/ Joseph F. Leeson, Jr.*
                     JOSEPH F. LEESON, JR.
                     United States District Judge